UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LORI RICE, MIRIAM MOCZULEWSKI, by Special Administrator Lori Rice, and PAUL MOCZULEWSKI | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 11 C 2257 |
| ACCESS COMMUNITY HEALTH NETWORK, an Illinois not-for-profit corporation, HOWARD GRUNDY, M.D., MELVIN MERRITT, M.D., CHARLES LAMPLEY, M.D., and SINAI HEALTH SYSTEM, an Illinois not-for-profit corporation, d/b/a MT. SINAI HOSPITAL, | ) ) ) ) ) ) ) ) ) | Formerly Case No. 2010 L 9235, Circuit Court of Cook County |
| Defendants. | ) | |

**NOTICE OF REMOVAL OF A CIVIL ACTION AND
SUBSTITUTION OF THE UNITED STATES AS DEFENDANT**

To:  Clerk of the Court
     Circuit Court of Cook County
     Richard J. Daley Center, Room 801
     50 West Washington Street
     Chicago, Illinois 60602

     James A. Karamanis
     Zane D. Smith & Associates, Ltd.
     415 North LaSalle Street, Suite 300
     Chicago, Illinois 60610

     Anderson Rasor & Partners
     100 South Wacker Drive
     Chicago, Illinois 60603

     Melvin Merritt, M.D.
     901 Berkshire Drive
     Matteson, Illinois 60443

The United States, by its attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, submits this notice of removal of the above-captioned civil action from the Circuit Court of Cook County, Illinois, to the United States District Court, Northern District of Illinois, pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2679, and 42 U.S.C. § 233, and in support thereof states the following:

1. On August 12, 2010, plaintiffs Lori Rice, Miriam Moczulewski (by special administrator Lori Rice), and Paul Moczulewski commenced the above civil action against Access Community Health Network, Howard Grundy, M.D., Melvin Merritt, M.D., Charles Lampley, M.D., and Sinai Health System alleging medical malpractice. A copy of the state court complaint is attached as Exhibit A.

2. For the purposes of this lawsuit, Access Community Health Network, is a private entity that receives grant money from the Public Health Service pursuant to 42 U.S.C. § 233. Additionally, for the purposes of this lawsuit, Howard Grundy, M.D., and Charles Lampley, M.D., were employees of Access Community Health Network, a private entity that receives grant money from the Public Health Service pursuant to 42 U.S.C. § 233.

3. This notice of removal is filed in accordance with 28 U.S.C. § 2679(d)(2) and 42 U.S.C. § 233 upon certification by the designee of the Attorney General of the United States that, at the relevant times for the purposes of this suit, defendants Access Community Health Network, Howard Grundy, M.D., and Charles Lampley, M.D., were acting within the scope of their employment as federal government employees with respect to the incidents referred to in the complaint. Exhibit B.

4. Accordingly, for the purposes of this case, Access Community Health Network, Howard Grundy, M.D., and Charles Lampley, M.D., are employees of the United States pursuant to 42 U.S.C. § 233, for Federal Tort Claims Act purposes only.

5. This notice of removal may be filed without bond at any time before trial. 28 U.S.C. § 2679(d)(2). Trial has not yet been had in this action.

6. Pursuant to the certification by the Attorney General's designee and the filing of this notice of removal, under 28 U.S.C. § 2679, this civil action is deemed an action against the United States and the United States is substituted as the sole federal party defendant in place of defendants Access Community Health Network, Howard Grundy, M.D., and Charles Lampley, M.D.

WHEREFORE, this action now pending in the Circuit Court of Cook County, Illinois, is properly removed to this court pursuant to 28 U.S.C. § 2679(d) and 42 U.S.C. § 233, and the United States is substituted as the defendant in lieu of Access Community Health Network, Howard Grundy, M.D., and Charles Lampley, M.D.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Abigail L. Peluso
    ABIGAIL L. PELUSO
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5342
    abigail.peluso@usdoj.gov