UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LORI RICE, MIRIAM MOCZULEWSKI, by Special Administrator Lori Rice, and PAUL MOCZULEWSKI | ) ) ) ) | |
| Plaintiffs, | ) ) ) | No. 11 C 2257 |
| v. | ) ) | Formerly Case No. 2010 L 9235, |
| MELVIN MERRITT, M.D., SINAI HEALTH SYSTEM, an Illinois not-for-profit corporation, d/b/a MT. SINAI HOSPITAL, and the UNITED STATES OF AMERICA, | ) ) ) ) ) | Circuit Court of Cook County |
| Defendants. | ) | |

## NOTICE OF FILING

To:  Clerk of the Court                     James A. Karamanis
     Circuit Court of Cook County           Zane D. Smith & Associates, Ltd.
     Richard J. Daley Center, Room 801      415 North LaSalle Street, Suite 300
     50 West Washington Street              Chicago, Illinois 60610
     Chicago, Illinois 60602

     Anderson Rasor & Partners              Melvin Merritt, M.D.
     100 South Wacker Drive                 901 Berkshire Drive
     Chicago, Illinois 60603                Matteson, Illinois 60443

PLEASE TAKE NOTICE that on April 4, 2011, the United States, by its attorney, Patrick

J. Fitzgerald, United States Attorney for the Northern District of Illinois, filed a notice of removal,

and substitution of the United States as a defendant, of the above-captioned civil action from the

Circuit Court of Cook County, Illinois, to the United States District Court, Northern District of

Illinois, pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2679, and 42 U.S.C. § 233.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:  s/ Abigail L. Peluso
     ABIGAIL L. PELUSO
     Assistant United States Attorney
     219 South Dearborn Street
     Chicago, Illinois 60604
     (312) 353-5342

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following documents:

NOTICE OF FILING and

NOTICE OF REMOVAL OF A CIVIL ACTION AND SUBSTITUTION OF THE UNITED STATES AS DEFENDANT

were served on April 4, 2011, in accordance with FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers, if any, and were mailed to:

Clerk of the Court
Circuit Court of Cook County
Richard J. Daley Center, Room 801
50 West Washington Street
Chicago, Illinois 60602

Zane D. Smith & Associates, Ltd.
415 North LaSalle Street, Suite 300
Chicago, Illinois 60610

Anderson Rasor & Partners
100 South Wacker Drive
Chicago, Illinois 60603

Melvin Merritt, M.D.
901 Berkshire Drive
Matteson, Illinois 60443

s/ Abigail L. Peluso
ABIGAIL L. PELUSO
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois
(312) 353-5342