## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert M. Dow, Jr. | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 2257 | **DATE** | 4/28/2011 |
| **CASE TITLE** | Rice, et al. vs. Merritt, et al. | | |

**DOCKET ENTRY TEXT**

This matter is before the Court on the United States' corrected motion to dismiss for failure to exhaust administrative remedies [9], which was presented in open court on April 19, 2011. Based on the discussion at the motion hearing on April 19, the Court expressed the view that the motion was well taken, that the United States should be dismissed from the litigation, and that the case should be remanded to state court because, absent the United States as a party, there was no basis for federal jurisdiction. In an abundance of caution, however, the Court allowed Plaintiffs until 4/21/2011 to file a memorandum if they believed that there still existed a basis for federal jurisdiction. [See 13]. That deadline has now passed without any subsequent written submission from Plaintiffs. Accordingly, the United States' corrected motion to dismiss for failure to exhaust administrative remedies [9] is granted, the United States is dismissed from this lawsuit, and this case is remanded to the Circuit Court of Cook County.

Docketing to mail notices. Notices mailed.

| | Courtroom Deputy Initials: | |
|---|---|---|