# United States District Court

United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

Thomas G. Bruton,            April 26, 2012        Office of the Clerk
Clerk

Dorothy Brown, Clerk
Patricia O'Brian
Chief Deputy Clerk
Civil Appeals Division
Richard J. Daley Center, Rm. 801
Chicago IL 60602

RE:            Eric Beverly            v.            Norwegian American Hospital, Inc. et al

USDC No:            1:12-cv-2257

Circuit Court No:        2011 L 011032

Dear Madam:

A certified copy of an order entered on 4/25/2012 by the Honorable John F. Grady, remanding the above-entitled case to the Circuit Court of Cook County, Illinois, is herewith transmitted to you for your files.

Sincerely yours,

Michael W. Dobbins, Clerk

By:    Johnnie M. Patterson
        Deputy Clerk